UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

AUG 15 2007

```
*************************************
UNITED STATES, ex rel              *
MICHAEL BRANIGAN                   *    Civil Action No. 02-CV-0217
                                   *    NPM/GLS  NAM
           Plaintiff,              *
                                   *
     v.                            *
                                   *    STIPULATION OF DISMISSAL
BASSET HEALTHCARE CORP.,           *
MARY IMOGENE BASSETT HOSPITAL,     *
ANDREW RAUSCHER, M.D.,             *
JAMES ANANIA, M.D., PETER          *
GENCARELLI, M.D., JONATHAN         *
GREENBERG, M.D., TIMOTHY           *
LANE, M.D., WILLIAM LEE, M.D.,     *
EDWARD PALMER, M.D., DEAN          *
ROBINSON, M.D., L. MICHAEL         *
NEWMAN, M.D., and other unknown    *
defendants Does 1 - 20,            *
                                   *
           Defendants.             *
*************************************
```

IT IS HEREBY STIPULATED by and between the parties and their respective counsel pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, consistent with the terms of the Settlement Agreement dated June 15, 2007 that the above-captioned action is hereby dismissed (1) with prejudice as to the relator; (2) with prejudice as to the United States as to any claims within the Covered Conduct and without prejudice as to the United States as to any claims of the Second Amended Complaint not within the Covered Conduct; and (3) without costs to any party against the other.

Dated: 8/10/2007

| | |
|---|---|
| THE UNITED STATES OF AMERICA<br><br>By: *[signature]*<br>Paula Coñan -- 102506<br>Assistant United States Attorney | PILLSBURY WINTROP<br>SHAW PITTMAN LLP<br><br>By: *[signature]*<br>Leo T. Crowley<br>(NYDY bar number 103706)<br>1540 Broadway<br>New York, New York 10036<br>Tel: (212) 858-1000<br>Fax: (212) 858-1332<br><br>Attorneys for Defendants |

BOIES, SCHILLER & FLEXNER LLP

By: *[signature]*
David S. Stone
(NDNY bar number 502988)
150 JFK Parkway, 4th Floor
Short Hills, NJ 07078
Tel: 973-218-1111
Fax: 973-218-1106

Attorneys for Plaintiff-Relator

SO ORDERED
Dated: August 15, 2007
Syracuse, New York

*[signature]*

Norman A. Mordue
Chief Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. ) <br> MICHAEL BRANIGAN, ) <br>  ) <br> Plaintiff, ) <br> v.  ) <br>  ) <br> BASSETT HEALTHCARE CORP., ) <br> MARY IMOGENE BASSETT HOSPITAL ) <br> L. ANDREW RAUSCHER, M.D., ) <br> JAMES AMANIA, M.D., ) <br> PETER GENCARELLI, M.D., ) <br> JONATHAN GREENBERG, M.D., ) <br> TIMOTHY LANE, M.D., ) <br> WILLIAM LEE, M.D. ) <br> EDWARD PALMER, M.D., ) <br> DEAN ROBINSON, M.D. ) <br> L.MICHAEL NEWMAN, M.D., and ) <br> other unknown defendants DOES 1-20 ) <br>  ) <br> Defendants. ) | CIVIL ACTION NO. <br> 02-CV-0217 (NPM/GLS) |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## CERTIFICATE OF SERVICE

I hereby certify that on August 10, 2007, I electronically filed the foregoing with the clerk of the District Court using the CM/ECF system, which sent notification of such filing to the following:

Leo T. Crowley
leo.crowley@pillsburylaw.com

Robert A. Magnanini
rmagnanini@bsfllp.com

David S. Stone
DStone@bsfllp.com;
RSandman@bsfllp.com

And, I hereby certify that I have mailed by the United States Postal Service the document to the following non-CM/ECF Participants:

No manual recipients.

/s/ Christine L. Jerew
Christine L. Jerew
Legal Assistant